**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TIMOTHY CRAVEN,**

            **Plaintiff,**

-vs-                                                            **Case No. 6:08-cv-80-Orl-19GJK**

**STATE OF FLORIDA,**
**CHARLIE CHRIST,**
**JOHN AND JANE DOES EMPLOYEES**
**OF THE STATE OF FLORIDA,**
**ORANGE COUNTY, FLORIDA,**
**EDWIN S. PONT, JOHN AND JANE**
**DOES OF ORANGE COUNTY, FLORIDA,**
**LAKESIDE BEHAVIORAL**
**HEALTHCARE, INC., JOHN AND**
**JANE DOE EMPLOYEES OF LAKESIDE**
**BEHAVIORAL HEALTHCARE, INC.,**

            **Defendants.**

_____

# ORDER

This case comes before the Court on the following:

1. Motion to Dismiss Plaintiff's Complaint by Lakeside Behavioral Healthcare, Inc. (Doc. No. 6, filed Feb. 13, 2008);

2. Report and Recommendation of the United States Magistrate Judge (Doc. No. 11, filed Mar. 20, 2008);

3. Response to Report and Recommendation by Timothy Craven (Doc. No. 12, filed Mar. 31, 2008);

4. Motion to Strike Objection to Report and Recommendation by Lakeside Behavioral Healthcare, Inc. (Doc. No. 13, filed Apr. 7, 2008); and

5.    Response to Motion to Strike Objection to Report and Recommendation by Timothy Craven (Doc. No. 14, filed Apr. 14, 2008).

## Background

Plaintiff Timothy Craven, acting *pro se*, instituted this action by filing a twenty-three page Complaint on January 16, 2008. (Doc. No. 1.) He contemporaneously filed a Motion for leave to proceed *in forma pauperis*. (Doc. No. 2.)

Under 28 U.S.C. § 1915, the Court is required to dismiss a case brought *in forma pauperis* where:

> (A) the allegation of poverty is untrue; or
> (B) the action or appeal --
>     (i) is frivolous or malicious;
>     (ii) fails to state a claim on which relief may be granted; or
>     (iii) seeks monetary relief against a defendant who is immune from such relief.

28 U.S.C. § 1915(e)(2) (2006). The Magistrate Judge issued a Report and Recommendation on March 20, 2008, concluding that Craven's Complaint was frivolous and should be dismissed without prejudice. (Doc. No. 11 at 10.) Magistrate Judge Kelly found that the Complaint was a classic example of "shot-gun pleading." (*Id.* at 7.) The Complaint alleged over twenty causes of action, most of which appeared to be rooted in an alleged conspiracy based on Craven's commitment in a mental health facility. (*Id.*) Furthermore, many of the allegations were either "fantastic and/or dellusional."[1] (*Id.* at 7-8.) Finally, Judge Kelly found that Craven's Complaint failed to meet the

---

[1] For example, Craven alleged that "Defendants in the Orange County government, the Florida State government, and the United States federal government took [Craven's] disks with over 700 patent ideas and decrypted it even though it was double encrypted," and "[a]ccording to Congress, the patents are valued an [sic] amount so astonishing and staggering it is difficult to quote in this document." (Doc. No. 11 at 8 (quoting Doc. No. 1, ¶¶ 56, 57) (alterations in original).)

rudimentary pleading requirements set forth in the Federal Rules of Civil Procedure and did not state a cause of action under 42 U.S.C. § 1983. (*Id.* at 9.)

Craven filed a sixty-eight page "Response" to the Report and Recommendation. (Doc. No. 12.) Craven does not lodge any specific objections to Judge Kelly's factual findings or legal reasoning. (*Id.*) Instead, Craven utilizes the Response to allege more facts in what appears to be an amended complaint. (*Id.*) For example, Craven specifies that Defendants acted in concert to steal patent ideas from him which are valued by the United States Congress at $1.7 trillion. (Doc. No. 12 at 3.) According to Craven, the 109th Congress passed a bill called the "Mankota Appropriations Act of 2006" which discusses some of Craven's patent ideas. (*Id.* at 13.) Craven further explains:

> It is a fact that when they continued their ongoing quest to take me for a ride and strip me of everything including my pride a quack mental health doctor had a copy of the newspaper article in his file and used it to have me declared legally insane. It is a fact that under the Mankota Appropriations Act of 2006 this fact played a huge factor in costing me at least $330,000,000 and it arguably cost me the $1,000,000,000,000. If you don't believe this then look it up you cynical, jaded, skeptical, Doubting Thomas!!!!!!! You need to get with the program here! !!!!!! With a trillion dollars I could have quite possibly brought about world peace and ended U.S. poverty!!!!!!!!!!! This is not a "frivolous" matter!! !!!!!!!!!

(*Id.* at 20 (grammar and punctuation left as in original).)

**Standard of Review**

A party seeking to challenge the findings in a Report and Recommendation of the United States Magistrate Judge must file "written objections which specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x. 781, 783 (11th Cir. 2006) (quoting *Heath v. Jones*,

863 F.2d 815, 822 (11th Cir. 1989)).  If a party makes a proper objection, the District Court must conduct a *de novo* review of the portions of the report to which objection is made.  *Id.* at 783-84.  By contrast, general objections to a report and recommendation are reviewed for "clear error on the face of the record."  *Id.* at 784.  After concluding its review, the District Court may accept, reject, or modify the Magistrate Judge's findings or recommendations.  *Id.* at 784.

## Analysis

Because Craven does not challenge a specific aspect of Judge Kelly's Report and Recommendation, the Court must review the Judge's findings for clear error.  *Macort*, 208 F. App'x at 784.  After a careful review, the Court finds that there are no clear errors in Judge Kelly's findings.

To begin, Judge Kelly applied the proper legal standard.  As explained previously, section 1915 requires the district court to dismiss any *in forma pauperis* action that is "frivolous."  28 U.S.C. § 1915.  Judge Kelly correctly concluded that Craven's allegations were frivolous because they were "fantastic," "delusional" and "clearly baseless." (Doc. No. 11 at 4, 8-10 (citing *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992)).)

To the extent Craven has filed an objection to Judge Kelly's Report and Recommendation, his response only compounds the frivolity of his claims.  For example, the Court's review of the United States Code reveals that Congress has never passed a bill called the "Mankota Appropriations Act."  Furthermore, the $1.7 trillion in claimed damages represents approximately 12% of the 2007

United States Gross Domestic Product[2] and is larger than the entire economy of Canada.[3] Among the many frivolous aspects of this action, Craven has not alleged facts sufficient to support such an enormous claim of damages.

## Conclusion

Based on the foregoing:

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 11, filed Mar. 20, 2008) is **ADOPTED**.

2. Plaintiff's Complaint (Doc. No. 1) is **DISMISSED** without prejudice. Plaintiff has ten (10) days from the date of this Order to file an amended complaint that complies with this Order. Plaintiff must accompany any such amended complaint with payment of the applicable filing fees or a renewed motion to proceed *in forma pauperis*.

3. The Motion to Dismiss Plaintiff's Complaint by Lakeside Behavioral Healthcare, Inc. (Doc. No. 6, filed Feb. 13, 2008) and the Motion to Strike Objection to Report and Recommendation by Lakeside Behavioral Healthcare, Inc. (Doc. No. 13, filed Apr. 7, 2008) are **DENIED** as moot.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on May 8__, 2008.

---

[2] Central Intelligence Agency, *The World Fact Book, United States* (2007), *available at* https://www.cia.gov/library/publications/the-world-factbook/geos/us.html.

[3] Central Intelligence Agency, *The World Fact Book, Canada* (2007), *available at* https://www.cia.gov/library/publications/the-world-factbook/geos/ca.html.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Party