**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TIMOTHY CRAVEN,

    Plaintiff,

vs.                                              CASE NO. 6:08-CV-ORL-19

STATE OF FLORIDA, CHARLIE CRIST,
JOHN AND JANE DOES, ORANGE
COUNTY, FLORIDA, M.D., EDWIN S. PONT,
JOHN AND JANE DOES OF ORANGE
COUNTY, LAKESIDE BEHAVIORAL
HEALTHCARE, INC.,

    Defendants.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 21, filed July 3, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 21) is **ADOPTED and AFFIRMED.** Plaintiff Timothy Craven's Application to Proceed Without Prepayment of Fees (Doc. No. 18, filed May 23, 2008) is **DENIED.** The Complaint (Doc. No. 1, filed January 16, 2008) is hereby **DISMISSED** as frivolous.

**DONE AND ORDERED** at Orlando, Florida, this ___21st___ day of July, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record